IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**HOUSTON HARLAND KER**                                                             **PLAINTIFF**

v.                                  NO. 5:20CV5218

                                                                                           **DEFENDANT**

**TYSON POULTRY, INC.**

## CLERK'S ORDER OF DISMISSAL

On this 10th day of February, 2022, the parties hereto having a filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

                               AT THE DIRECTION OF THE COURT

                               JAMIE GIANI, CLERK

                               BY: *Gayle Davis*
                                           Deputy Clerk